(June 18, 1953.)

New York State Voters League Against Vivisection, Inc., et al., v. Herman E. Hilleboe, as Commissioner of Health of the State of New York, et al.— Motion to dismiss appeal granted, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ. [202 Misc. 687.]